UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Samantha Rapajaske,

            Plaintiff(s),            Case No. 17-12970

v.            Honorable David M. Lawson

Credit Acceptance Corporation, et al,            Magistrate Judge Stephanie Dawkins Davis

            Defendant(s).
_____/

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

    This case appears to be a companion case to Case No. __16-13144__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Matthew F. Leitman__ and Magistrate Judge __Stephanie Dawkins Davis__.

                s/David M. Lawson
                David M. Lawson
                United States District Judge

                s/Matthew F. Leitman
                Matthew F. Leitman
                United States District Judge

    Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
    Case type: __CIVIL__

    If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: __September 26, 2017__            s/ S Schoenherr
                                                          Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Matthew F. Leitman