UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMANTHA RAJAPAKSE,

      Plaintiff,

Case No. 17-cv-12970
Hon. Matthew F. Leitman

v.

CREDIT ACCEPTANCE CORP.,

      Defendant.

_____/

**ORDER (1) DENYING PLAINTIFF'S MOTION TO STAY (ECF #137) AND (2) DIRECTING PLAINTIFF TO INFORM THE COURT IF SHE WISHES TO FILE SEPARATE OBJECTIONS TO THE REPORT AND RECOMMENDATION (ECF #136)**

On January 30, 2019, the assigned Magistrate Judge issued a report and recommendation (the "R&R") with respect to the following pending motions in this action: (1) Defendants' motion to dismiss (ECF #123), (2) Plaintiff's motion for summary judgment (ECF #119), (3) Plaintiff's motion to expedite the return of her vehicle (ECF #127), (4) Plaintiff's motion to compel the return of her vehicle (ECF #129), and a motion to amend her motion for summary judgment (ECF #134). (*See* R&R, ECF #137.)

On January 31, 2019, Plaintiff filed a motion for an "immediate stay of all proceedings" (the "Stay Motion"). (*See* ECF #137.) The Stay Motion includes several attacks on the Magistrate Judge. The attacks on the Magistrate Judge are

1

wholly without merit. In addition, the Stay Motion provides no basis, whatsoever, for the requested stay of proceedings. Accordingly, the Stay Motion (ECF #137) is **DENIED**.

The Court notes that the Stay Motion does appear to include some criticisms of the legal conclusions reached in the R&R. It is not clear, however, whether Plaintiff intended to include her objections to the R&R in the Stay Motion or if Plaintiff intends to file her objections to the R&R in a separate document. Therefore, Plaintiff is **DIRECTED** to inform the Court, in writing, by no later than **February 8, 2019**, whether (1) she would like the Court to consider the legal objections to the R&R included in the Stay Motion to constitute her objections to the R&R or (2) she intends to file a separate document that will include all of her legal objections to the R&R. If Plaintiff intends to file a separate document that includes all of her legal objections to the R&R, that document shall be filed with the Court no later than **February 13, 2019**.

**IT IS SO ORDERED**

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: February 1, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 1, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764