UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMANTHA RAJAPAKSE,

      Plaintiff,                                 Case No. 17-cv-12970
                                                    Hon. Matthew F. Leitman

v.

CREDIT ACCEPTANCE CORP., *et al.*,

      Defendants.
_____/

## **JUDGMENT**

      In accordance with the Order issued on February 27, 2019,

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

Defendants and against Plaintiff.

                                     DAVID J. WEAVER
                                     CLERK OF COURT

                        By:    s/Holly A. Monda
                                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  February 27, 2019
Flint, Michigan